IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

FILED IN OPEN COURT
U.S.D.C. Rome

OCT 07 2026

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

UNITED STATES OF AMERICA

*v.*

GENARO URIETA-VILLELA

Criminal Information

No. 4:26-CR-045

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 30, 2026, in the Northern District of Georgia, the defendant, GENARO URIETA-VILLELA, an alien to the United States of America, was found within the United States after having previously been deported and removed from the United States, and without having obtained the express consent of the Attorney General, or the Secretary of Homeland Security, to re-apply for admission to the United States, in violation of Title 8, United States Code, Section 1326.

THEODORE S. HERTZBERG
*United States Attorney*

PHYLLIS CLERK
*Assistant U.S. Attorney*
Georgia Bar No. 095325
75 Ted Turner, 6th floor
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181